AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Mike Aarlie, on behalf of Kyle;
Darla Aarlie, on behalf of Kyle,
    Plaintiffs.

v.

Mike Akins,
    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-234-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT THE DEFENDANT'S MOTION TO DISMISS IS GRANTED.

THE PLAINTIFFS' AMENDED COMPLAINT AND CLAIMS CONTAINED THEREIN ARE DISMISSED WITH PREJUDICE.

| | |
|---|---|
| August 27, 2007 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Stevie Perry |
| | *(By) Deputy Clerk* |
| | Stevie Perry |